PD-1664-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2015 9:33:00 AM
Accepted 12/22/2015 10:26:26 AM
ABEL ACOSTA
CLERK

CAUSE NO. _____

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS AT AUSTIN

## STACEY LOVINGS, APPELLANT

### VS.

## THE STATE OF TEXAS

### APPELLEE

No. 14-15-00425-CR
In the Court of Appeals for the Fourteenth District
Of Texas at Houston

No. 1464730
In the 248th District Court of Harris County, Texas

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW STACEY LOVINGS, Petitioner, and files this motion for an extension of time in which to file his petition for discretionary review. In support of this motion, Petitioner shows the court the following:

1. Appellant filed a Writ of Habeas Corpus alleging that his prosecution was barred by the statute of limitations. The Writ was denied on April 28, 2015. The Appellant

appealed this ruling.

2. The Fourteenth Court of Appeals affirmed the trial court's ruling in Appellant in *Ex Parte Stacey Lovings,* Cause No. 14-15-00425-CR on November 24, 2015.

3. The deadline for filing the Petition for Discretionary Review (PDR) is December 24, 2015.

4. This is Petitioner's first request for an extension to file the petition for discretionary review.

5. Appellant is requesting that the Court grant an extension of thirty (30) days for filing his PDR until January 24, 2016.

6. Appellant's request for an extension of time is so that counsel for the Appellant can adequately prepare the PDR.

Counsel is currently researching and preparing an appellate brief in cause number: 14-15-00638-CR. She is also set for jury trial on January 4, 201 in the *State of Texas vs. Van Jackson* in the 230rd Criminal District Court .

Counsel is also preparing a grand jury packet for cause number 1488223, *State of Texas vs Janice Matteucci* (Aggravated Assault).

In the last thirty days, Counsel has appeared on the following cases:

a. Joe Gladney, # 1489480, PCS , 351st.

b. Melissa Fuentes, # 1416468, MAJ, 248th

c. Michael Holbert # 2049109, Assault FM, CCCL # 15

d. Eddie Woodrich, # 1488836, Agg Assault, 337th

e. Edgar Hayes, # 1489889, Felony Murder , 230th

f. Michael Humphreys, # 1477700, Evading Motor Vehicle, 339th

g. Chander Huff, # 1462895, Assault P.S., 182nd

h. Mario Arredondo, # 1474713, Solicitation of Cap. Murder, 339th

i. Taquera Tidwell, # 1477271, Aggravated Robbery, 183rd

j. Jamie Hawkins, # 1466564, Aggravated Robbery, 177th

k. Angel Ponce, # 1480560, Aggravated Robbery, 183rd

l. Michael Spinler, # 2040624, Assault FM, CCCL # 15

k. Tracy Mazzarella, # 1476965, PCS, 262nd

WHEREFORE, Appellant prays the court grant this motion for an extension of thirty days until January 24, 2016 to file the petition for discretionary review.

RESPECTFULLY SUBMITTED,

/S/ *Deborah Summers*

Deborah Summers
11210 Steeplecrest, Ste. 120
Houston, Texas 77065
State Bar No. 19505600
(281) 897-9600

Counsel for Appellant, Stacey Lovings

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing

instrument has been delivered to the Harris County District Attorney by e-filing

same on the___22nd___day of___December, 2015_.

Further, I hereby certify that a true and correct copy of the above and

foregoing instrument has been delivered to the State Prosecuting Attorney, by efiling

same to information@spa.texas.gov on this the_22nd___day of December, 2015___.

/S/ Deborah Summers

# AFFIDAVIT

COMES NOW Deborah Summers, before the undersigned authority, and

swears to the following:

My name is Deborah Summers. I am the attorney of record in the above cause. The foregoing Appellant's Motion For Extension of Time to File PDR was prepared under my direction. Each and every factual allegation contained therein is true and correct.

/s/ _Deborah Summers_

Deborah Summers

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority ,

on this the 22nd day of December, 2015, to certify which , witness my hand and

official seal of office.

Notary Public in and for the State of Texas
HARRIS COUNTY /  Marilyn K. Ashton
Comm. Expires:  09-19-2016